STATE of Maine

v.

**David Dino LEVI.**

Supreme Judicial Court of Maine.

Argued Jan. 7, 1987.
Decided Feb. 18, 1987.

R. Christopher Almy, Dist. Atty., Philip Worden (orally), Asst. Dist. Atty., Bangor, for State.

Peggy B. Gilbert (orally), Bangor, for defendant.

Before McKUSICK, C.J., and NICHOLS, WATHEN, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

After a judgment of conviction for operating a motor vehicle while under the influence of intoxicating liquor, 29 M.R.S.A. § 1312 (Supp.1986), in Superior Court, Penobscot County, the Defendant, David Dino Levi, appeals, focusing our attention upon his unsuccessful effort to suppress certain evidence of intoxication.

None of the issues the Defendant raises has merit.

The entry is:

Judgment affirmed.

All concurring.